UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23174-CIV-WILLIAMS

JILL THAYER,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Torres' Omnibus Report & Recommendation (the "Report"). (DE 31). The Report recommends that Defendant Destinations North America, LLC's motion to dismiss be granted in part and denied in part. The Report also recommends that Defendant NCL (Bahamas) Ltd.'s motion to dismiss be denied. No objections to the Report were filed. After a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 31) is **AFFIRMED AND ADOPTED**.

2. Defendant Destinations North America, LLC's motion to dismiss (DE 14) is **GRANTED IN PART AND DENIED IN PART** as set forth in the Report.

3. Defendant NCL (Bahamas) Ltd.'s motion to dismiss (DE 19) is **DENIED**.

4. Counts I–VII of Plaintiff's first amended complaint shall proceed. Count VIII is dismissed. Defendants shall file an answer to Plaintiff's first amended complaint on or before January 11, 2021.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>21st</u> day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE